Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-355-070**

**Effective Date of Registration:**
May 30, 2023

**Registration Decision Date:**
July 19, 2023

---

## Title

    **Title of Work:** Fall

## Completion/Publication

    **Year of Completion:** 2014
    **Date of 1st Publication:** October 31, 2017
    **Nation of 1st Publication:** Japan

## Author

    **Author:** Ayaka Inoue
    **Author Created:** 2-D artwork
    **Citizen of:** Japan

## Copyright Claimant

    **Copyright Claimant:** Ayaka Inoue
    #316 Arukanshie-ru 409-15 Owadashinden, Chiba-ken, Yachiyo-shi, 276-0046, Japan

## Rights and Permissions

    **Name:** Ayaka Inoue
    **Email:** ayaka.suda.info@gmail.com
    **Address:** #316 Arukanshie-ru 409-15 Owadashinden
    Chiba-ken
    Yachiyo-shi 276-0046 Japan

## Certification

    **Name:** David Denholm

